Office of the Clerk
## UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
P.O. Box 193939
San Francisco, California 94119-3939

Molly C. Dwyer
Clerk of Court

(415) 355-8000

# NOTICE OF APPEARANCE OF COUNSEL or
# RE-ASSIGNMENT OF COUNSEL WITHIN THE SAME OFFICE

**NOTE:** For readability and security, print the filled-in form to PDF (File > Print > *PDF Printer/Creator*). You may also fill in the form, print it, and then scan the filled-in form to a PDF file.

9th Circuit Case Number(s): 14-55473

Case Name: Entrepreneur Media, Inc.   v.   D.Nicole Enter's LLC & Dushawn Thomas

The Clerk will enter my appearance as counsel on behalf of: Entrepreneur Media, Inc.

☐ Appellant   ☐ Petitioner   ☐ Amicus Curiae   ☐ Appellant/Cross-Appellee
☒ Appellee    ☐ Respondent   ☐ Intervenor      ☐ Appellee/Cross-Appellant

☐ Re-Assignment (Optional) This case has been re-assigned to me from another attorney in my office (for ex., the Federal Public Defenders Office, OIL, or a law firm).

I am replacing (name of counsel): 

Name: Lucy Jewett Wheatley

Firm/Office: Jones Day

Address: 51 Louisiana Ave., NW

City: Washington   State: DC   Zip Code: 20001

Phone Number (including area code): (202) 879-3602

Signature (use "s/" format): s/ Lucy Jewett Wheatley   Date: 09/15/2014

9th Circuit Case Number(s) | 14-55473

**NOTE:** For readability and security, print the filled-in form to PDF (File > Print > *PDF Printer/Creator*). You may also fill in the form, print it, and then scan the filled-in form to a PDF file.

*********************************************************************

## CERTIFICATE OF SERVICE
When All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) _____.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Signature (use "s/" format) _____

*********************************************************************

## CERTIFICATE OF SERVICE
When Not All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) 09/15/2014.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

DuShawn N. Thomas
1849 West 89th Street,
Los Angeles, California 90047

Signature (use "s/" format)    s/ Lucy Jewett Wheatley