UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| **DUSHAWN THOMAS,**<br><br>  Appellant,<br><br>**ENTREPRENEUR MEDIA, INC.,**<br><br>  Appellee. | Appeal No. 14-55473<br><br>**UNOPPOSED MOTION TO WITHDRAW LUCY JEWETT WHEATLEY AS COUNSEL FOR APPELLEE** |

 Appellee Entrepreneur Media, Inc. ("Appellee") hereby respectfully moves this Court to withdraw Lucy Jewett Wheatley as counsel of record for Appellee.

 WHEREAS, Ms. Wheatley was counsel of record employed by Jones Day, the law firm representing Appellee in this action, but will no longer be employed by Jones Day as of May 11, 2015;

 WHEREAS, Mark A. Finkelstein is counsel of record employed by Jones Day, the law firm representing Appellee in this action;

 WHEREAS, Mark A. Finkelstein will continue to represent Appellee in this action and Ms. Wheatley consents to this withdrawal;

 WHEREAS, counsel for Appellee contacted Appellant Dushawn Thomas regarding this motion to withdraw Ms. Wheatley as counsel of record;

WHEREAS, Ms. Thomas confirmed via email that Appellee's counsel had her permission to file the motion to withdraw Ms. Wheatley as counsel of record;

WHEREFORE, Appellee requests that Lucy Jewett Wheatley be withdrawn as counsel of record for Appellee.

Dated: May 7, 2015

Respectfully submitted,

 */s/ Mark A. Finkelstein*
Mark A. Finkelstein (173851)
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612.4408
Telephone: +1.949.851.3939
Facsimile: +1.949.553.7539
E-mail: mafinkelstein@jonesday.com

*Attorneys for Appellee*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on May 7, 2015.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

DuShawn N. Thomas
1849 west 89th Street
Los Angeles, California 90047

Dated: May 7, 2015	*/s/ Mark A. Finkelstein*
	Mark A. Finkelstein

NAI-1500328434v1